IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDGEFIELD HOLDINGS, LLC,**  CIVIL ACTION NO.:  1:25cv112 HSO-BWR

**PLAINTIFF,**

VERSUS

**JOHN C. ELLIS AND JCE**
**COMMERCIAL PROPERTIES, LLC,**

**DEFENDANTS.**

## COMPLAINT TO ENFORCE JUDGMENT

Plaintiff Edgefield Holdings, LLC ("Edgefield") respectfully files this complaint to enforce a final monetary judgment (the "Judgment") entered in the Circuit Court of Harrison County, Mississippi, First Division.  Because defendant John C. Ellis ("Ellis"), who is a judgment debtor in his individual capacity and is the principal of defendant JCE Commercial Properties, LLC ("JCE"), is unable, physically, to participate fully in post-judgment discovery in his personal capacity and as a representative of JCE, Edgefield seeks the appointment of a receiver to gather the assets of Ellis and JCE in accordance with applicable law, liquidate them to the extent necessary and permitted by applicable law, and apply the assets and/or the proceeds of the assets to the Judgment.

### Parties, Jurisdiction, and Venue

1. Edgefield is a Delaware limited liability company with its principal place of business in Atlanta, Georgia.   Its members are Mark R. King and Dan Gower, who are citizens of Georgia.

2. Defendant John C. Ellis ("Ellis") is a citizen of the State of Mississippi who

#103553479v1

resides and is domiciled in Hancock County, Mississippi.

3. Defendant JCE Commercial Properties, LLC ("JCE") is a Mississippi limited liability company with its principal place of business in Harrison County, Mississippi. According to the best information available to Edgefield, its members and the states of which they are citizens are:

(a) Ellis, who is a citizen of the State of Mississippi.

(b) John C. Ellis, IV, who is a citizen of the State of Mississippi

(c) Amy Marie Ellis Smoker, who is a citizen of the State of Pennsylvania

(d) Laura Leigh Ellis Klein, who is a citizen of the State of Mississippi

(e) Jordan Christopher Ellis, who is a citizen of the State of Mississippi

(f) Joshua Corban Ellis, who is a citizen of the State of Mississippi

4. This Court has subject matter jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5. The Court may exercise personal jurisdiction over defendants because Ellis resides in, and JCE has its principal place of business in, the Southern District of Mississippi.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because Ellis resides in, and JCE has its principal place of business in, the Southern District of Mississippi.

**Count 1: Enforcement of Judgment/Appointment of Receiver**

Plaintiff incorporates and restates the allegations set forth in ¶¶ 1-6 and further alleges:

7. On November 8, 2023, in *Hancock Whitney Bank v. JCE Commercial Properties, LLC and John C. Ellis, III*, Civil Action No. 24CI1:23-cv-00254 (the "Mississippi Action"), the Circuit Court of Harrison County, Mississippi, First Division entered the Judgment in favor of

Hancock Whitney Bank and against (a) JCE and Ellis in the amount of $628,580.30, plus post-judgment interest, and (b) against Ellis in the additional amount of $159,538.36, plus post judgment interest. A true and correct copy of the Judgment is attached as **Exhibit 1**.

8. The Judgment was enrolled on the judgment roll of Harrison County, Mississippi on November 30, 2023 as file number 246788.

9. Hancock Whitney Bank assigned the Judgment to Edgefield. A true and correct copy of the assignment of the Judgment is attached as **Exhibit 2**.

10. The Judgment remains unsatisfied and enforceable.

11. Pursuant to 28 U.S.C. § 1738, the Judgment is entitled to full faith and credit in this Court.

12. The judgment as enrolled constitutes a general lien on the assets of Ellis and JCE.

13. Ellis and JCE possess assets, the location, value, and particulars of which are in many respects unknown to Edgefield, but, in the case of Ellis, include without limitation membership interests, and the financial interest therein, in Northern Gulf Investments, LLC and Northern Gulf Investments II, LLC, each of which is a Mississippi limited liability company.

14. Ellis is the principal officer of JCE.

15. Counsel who represented Ellis and JCE in the Mississippi Action has advised undersigned counsel that Ellis is physically unable to appear and testify at a post-judgment deposition.

16. Ellis's inability to appear and testify prevents Edgefield from obtaining the full and complete information to which it is entitled in order to collect the Judgment.

17. The Court has the power to enforce the Judgment by appointing a receiver over the assets of Ellis and JCE, including but not limited to Ellis's interest in Northern Gulf

Investments, LLC and Northern Gulf Investments II, LLC, and directing the receiver to gather the assets in accordance with applicable law, liquidate them to the extent necessary and permitted by applicable law, and apply the assets and/or the proceeds of the assets to the Judgment.

**WHEREFORE**, Edgefield Holdings, LLC respectfully requests that the Court enter judgment appointing a receiver over the assets Ellis and JCE, including but not limited to Ellis's interest in Northern Gulf Investments, LLC and Northern Gulf Investments II, LLC, and directing the receiver to gather the assets in accordance with applicable law, liquidate them to the extent necessary and permitted by applicable law, and apply the assets and/or the proceeds of the assets to the Judgment, and such other, further, and different relief as the Court deems just and proper.

Respectfully submitted:

*/s/ Ben H. Harris, III*
**Ben H. Harris, III  (MS Bar No. 105242M)**
**Jones Walker LLP**
11 N. Water Street
Suite 1200
Mobile, AL 36602
Telephone: (251) 439-7520
Facsimile: (251) 431-9401
bharris@joneswalker.com

#103553479v1